[No. 8915–7–II.   Division Two.   August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. IVAN
MACDIARMID, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 84–1–00394–2, Terence Hanley, J., entered
June 20, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Hopkins, J. Pro Tem.,
Reser, J. Pro Tem., concurring in part and dissenting in
part.

[No. 10034–7–II.   Division Two.   August 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DAN PATRICK
GREER, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis ·
County, No. 83–1–00239–1, Dale M. Nordquist, J., entered
May 16, 1986. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 10109–2–II.   Division Two.   August 17, 1987.]

THE STATE OF WASHINGTON, *on the Relation of Ambrosia
L. Montes,* ET AL, *Respondents,* v. MIGUEL
A. SANTOS III, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–5–00700–1, Waldo F. Stone, J., entered
June 27, 1986. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.